George Holland, Jr., SB# 216735
Holland Law Firm
1970 Broadway Suite 1030
Oakland, CA 94612

Telephone: (510) 465-4100
Fax: (510) 465-4747
Attorney for Debtor

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA (OAKLAND)

| | |
|---|---|
| IN RE:<br><br>MADELYN PASION<br><br>Debtor. | Case No.: 10-46492<br>Chapter: 13<br><br>**APPLICATION TO EXTEND TIME FOR SUBMITTING INCOMPLETE FILINGS PERTAINING TO CHAPTER 13 BANKRUPTCY PETITON** |

The Debtor, by and through Counsel of Record, now applies to the Court for an Order Extending the Time within which to submit incomplete filings, and hereby represents:

1. This Chapter 13 bankruptcy was filed on **June 7, 2010**.
2. The deadline to submit the incomplete documents is **June 22, 2010**.
3. This office will require additional time to allow Debtor to obtain required documents, which Debtor has failed to produce timely.
4. Once Debtor produces the documents, this office will require time to adequately review the documents prior to submission.

1    For the foregoing reasons, Debtor and Counsel respectfully request that the Court enter the
2    order granting Debtor until **July 9, 2010,** in which to submit incomplete filings.

4    Dated:          June 22, 2010

                                                        Respectfully Submitted,


                                                        /s/ George Holland, Esq.
                                                        George Holland, Esq.
                                                        Attorney for Debtor

# COURT SERVICE LIST

CA Franchise Tax Board
Special Procedures Bankruptcy Unit
P.O. Box 2952
Sacramento, CA 95812-2952

George Holland Jr.
Law Office of George Holland Jr.
1970 Broadway St. #1030
Oakland, CA 94612-2222

Office of the U.S. Trustee
Oak Office of the U.S. Trustee
1301 Clay St. #690N
Oakland, CA 94612-5231

Tahiti Village Consolidated Mgt.
1403 W. 10th Pl. Ste. B-110
Tempe, AZ 85281-5257

Martha G. Bronitsky
P.O. Box 5004
Hayward, CA 94540-5004

Chase Home Finance
P.O. Box 78116
Phoenix, AZ 85062-8116

Labor Commissioner
1515 Clay St. Room 801
Oakland, CA 94612-1463

U.S. Attorney
Civil Division
450 Golden Gate Ave.
San Francisco, CA 94102-3661

CA Employment Development Dept.
Bankruptcy Group MIC 92E
P.O. Box 826880
Sacramento, CA 94280-0001

Chase Home Finance, LLC
Alvarado & Associates
1 Mac Arthur Place, Suite 210
Santa Ana, CA 92707-5998

Steven M. Lawrence
Alvarado and Associates, LLP
1 Mac Arthur Place #210
Santa Ana, CA 92707-5998

State Board of Equalization
Collection Dept.
P.O. Box 942879
Sacramento, CA 94279-0001