1  Steven M. Lawrence – Bar No. 150861
   ALVARADO & ASSOCIATES, LLP
2  1 Mac Arthur Place, Suite 210
   Santa Ana, California 92707
3  (714) 327-4400, fax (714) 327-4499
   157-46979-2
4

5  Attorneys for Objecting Party, CHASE HOME FINANCE, LLC AS SERVICING AGENT TO
   JPMC SPECIALTY MORTGAGE LLC
6

7              UNITED STATES BANKRUPTCY COURT

8        NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

9

10  In re                                    Case No.  10-46492

11  MADELYN PASION,
                                             (Chapter 13)
12              Debtor.
                                             **OBJECTION TO CONFIRMATION OF
13  _____      CHAPTER 13 PLAN**

    CHASE HOME FINANCE, LLC AS
14  SERVICING AGENT TO JPMC
    SPECIALTY MORTGAGE LLC, its
15  assignees and/or successors in interest,
                                             **341(a) Hearing:**
16                                           Date:   August 19, 2010
                                             Time:   11:00 a.m.
17              Objecting Party,             Place:  Oakland U.S. Trustee Office

18       vs.

19
    MADELYN PASION, Debtor; and MARTHA
20  G. BRONITSKY, Chapter 13 Trustee,

21              Respondents.

22

23      **TO THE HONORABLE RANDALL J. NEWSOME, THE DEBTOR,**

24  **CHAPTER 13 TRUSTEE AND ALL OTHER INTERESTED PARTIES:**

25          CHASE HOME FINANCE, LLC AS SERVICING AGENT TO JPMC

26  SPECIALTY MORTGAGE LLC, (hereinafter "Objecting Party"), hereby objects to the

27  confirmation of the Debtors' Chapter 13 Plan, inter alia, and requests dismissal of the above-

28  captioned Chapter 13 Bankruptcy on the following grounds:

                                - 1 -

1    On June 7, 2010, MADELYN PASION (hereinafter referred to as "Debtors") filed a

2  Petition under Chapter 13 of the Bankruptcy Code in the United States Bankruptcy Court, Northern

3  District of California, Case No. 10-46492.

4    MARTHA G. BRONITSKY was appointed Trustee, has duly qualified, and is now

5  acting in that capacity.

6    On or about July 26, 2004, ARGENT MORTGAGE COMPANY, LLC, made a loan

7  in the amount of $450,000.00 ("Loan") to MADELYN PASION AND CELESTINO PASION,

8  WIFE AND HUSBAND, AS JOINT TENANTS (hereinafter referred to as "Borrowers"). In

9  exchange for the Loan, Borrowers executed and delivered a note in the original principal amount of

10  $450,000.00 ("Note") to ARGENT MORTGAGE COMPANY, LLC. As additional consideration,

11  and as security for repayment of the Loan, Borrower made, executed, and delivered to ARGENT

12  MORTGAGE COMPANY, LLC, as beneficiary, a Deed of Trust ("Deed") dated July 26, 2004.

13  True and correct copies of the Note and Deed are attached hereto as Exhibit "1" and "2" and

14  incorporated herein by reference.

15    The Note and the Deed were subsequently assigned to Movant. A true and correct

16  copy of the recorded Corporate Assignment of Deed of Trust is attached hereto as Exhibit "3" and

17  is incorporated herein by reference.

18    The Deed encumbers the property commonly known as **32901 ALVARADO**

19  **NILES ROAD, UNION CITY, CA 94587** ("Property").

20    Objecting Party recorded a Notice of Default on the subject property March 17, 2009

21  and the Notice of Trustee's Sale was recorded on June 24, 2009. The sale was originally scheduled

22  for July 14, 2009 but was postponed.

23    Objecting Party alleges that rehabilitation through Chapter 13 is not feasible. Not

24  only does Debtor's proposed Plan fail to provide for repayment of pre-petition arrearages owed to

25  the Objecting Party, the Plan also fails to provide for ongoing monthly payments to the Objecting

26  Party in the amount of $3,167.95. Approximate pre-petition arrearages are $70,217.54. Objecting

27  Party objects to any Plan which fails to provide for the repayment of the entire sum owed and which

28  fails to provide for monthly regular payments directly to Objecting Party.

Case: 10-46492   Doc# 20   Filed: 07/20/10   Entered: 07/20/10 11:02:20   Page 2 of 3

1         WHEREFORE, Objecting Party prays as follows:

2           1.     That confirmation of the proposed Chapter 13 Plan be denied;

3           2.     That the instant case be dismissed under 11 U.S.C. § 109(g) and/or with a

4 180-day bar to re-filing;

5           3.     In the alternative, in the event confirmation is not denied, nor the case

6 dismissed, the Plan should be amended based upon inter alia the objections raised herein;

7           4.     For attorney's fees and costs incurred herein; and

8           5.     For such other relief as this Court deems proper.

9

10 Dated: July 20, 2010         ALVARADO & ASSOCIATES, LLP

11

12                         By_____ /s/ Steven M. Lawrence_____

13                         Steven M. Lawrence Attorneys for Objecting Party,
                                    CHASE HOME FINANCE, LLC AS SERVICING

14                         AGENT TO JPMC SPECIALTY MORTGAGE
                                    LLC

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 3 -